# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Ryan and Amy Foley

Case Number: 23-00904

An appearance is hereby filed by the undersigned as attorney for:
Creditor Daniel McGrew

Attorney name (type or print): Marcus I. Morgan

Firm: Carlson Dash, LLC

Street address: 216 South Jefferson St., Ste. 504

City/State/Zip: Chicago, IL  60661

Bar ID Number: 6309607
(See item 3 in instructions)

Telephone Number: 312-648-6213

Email Address: mmarcus@carlsondash.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 23, 2023

Attorney signature:   S/ Morgan I. Marcus
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015